REID v HURLEY MEDICAL CENTER, No. 152215; Court of Appeals No. 324883. Leave to appeal denied at 499 Mich 869.

PEOPLE v EVANS, No. 152228; Court of Appeals No. 321909. Leave to appeal denied at 499 Mich 875.

PEOPLE v FULTON, No. 152236; Court of Appeals No. 325830. Leave to appeal denied at 499 Mich 869.

CITY OF GRAND RAPIDS v STRICKLAND, No. 152242; Court of Appeals No. 327467. Leave to appeal denied at 499 Mich 952.

KUBACKI v TRAN, No. 152267; Court of Appeals No. 319821. Leave to appeal denied at 499 Mich 898.

PEOPLE v OVERBEEK, No. 152290; Court of Appeals No. 319951. Leave to appeal denied at 499 Mich 870.

DEBOER v STRICKLAND, No. 152401; Court of Appeals No. 327867. Leave to appeal denied at 498 Mich 952.

BURGESS v ATTORNEY GRIEVANCE COMMISSION, No. 152437. Superintending control denied at 499 Mich 885.

*In re* TOCARCHICK, No. 152569; Court of Appeals No. 328970. Leave to appeal denied at 499 Mich 883.

REID v ATTORNEY GRIEVANCE COMMISSION, No. 152649. Superintending control denied at 499 Mich 885.

JONES v MANVILLE, No. 152678; Court of Appeals No. 324263. Leave to appeal denied at 499 Mich 873.

PEOPLE v JONES, No. 152730; Court of Appeals No. 328730. Leave to appeal denied at 499 Mich 871.

BURGESS v ATTORNEY GRIEVANCE COMMISSION, No. 152797. Superintending control denied at 499 Mich 885.

PEOPLE v RAISBECK, No. 152828; reported below: 312 Mich App 759. Leave to appeal denied 499 Mich 871.

*Summary Disposition June 29, 2016:*

GRAVES v KMART CORPORATION, No. 153833; Court of Appeals No. 332184. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered June 29, 2016:*

*In re* MARDIGIAN ESTATE, No. 152655; reported below: 312 Mich App 538. The parties shall file supplemental briefs within 42 days of the